# ELECTRONIC RECORD

| | |
|---|---|
| COA # 01-14-00039-CR | OFFENSE: 62.1 (Failure to Reg as Sex Offender) |
| STYLE: Joseph Walter Hickman v. The State of Texas | COUNTY: Brazoria |
| COA DISPOSITION: AFFIRM | TRIAL COURT: 412th Judicial District Court |
| DATE: 02/19/2015      Publish: NO | TC CASE #: 64265 |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joseph Walter Hickman v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _06/10/2015_

JUDGE: _Per Curiam_

CCA #: **447-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____